USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/01/2026

NARDIELLO
LAW PLLC

**APPLICATION GRANTED:** The Initial Conference set for 9/9/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, September 30, 2026, at 11:30 a.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
09/01/2026

**Dallas Office**
8080 N Central Expressway
Suite 1700
Dallas, Texas 75206
(214) 974-5468
jason@nardiello.law

**VIA ECF FILING**

September 1, 2026

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Great Bowery, Inc., et al. v. FandomWire, LLC, et al., No. 1:26-cv-04928-DEH-KHP

Dear Judge Parker:

Counsel for Plaintiffs Great Bowery, Inc. and Annie Leibovitz, and counsel for Defendants FandomWire, LLC and Fandomwire Marketing Management LLC, respectfully submit this joint letter-motion seeking a three-week adjournment of the Initial Case Management Conference presently scheduled for Wednesday, September 9, 2026, at 10:00 a.m.

The parties have engaged in continuing good-faith settlement discussions and have exchanged progressive settlement offers and counteroffers. They believe a brief adjournment will provide a meaningful opportunity to continue those discussions and potentially resolve the action, while conserving the parties' and the Court's resources. This request is made jointly and in good faith, and not for purposes of delay.

The parties respectfully request that the Initial Case Management Conference be adjourned from September 9, 2026 to September 30, 2026, or to another date convenient for the Court. This is the parties' first request to adjourn the Initial Case Management Conference. Both sides consent to the requested relief. The parties further respectfully request that the deadline to file their Proposed Case Management Plan and Report of Rule 26(f) Meeting be extended correspondingly to one week before the rescheduled conference.

Respectfully submitted,

*/s/Jason Nardiello, Esq.*
**Jason Nardiello, Esq.**
NARDIELLO LAW PLLC
Counsel for Defendants

/s/*Alexandra Licitra, Esq.*
**Alexandra Licitra, Esq.**
DONIGER / BURROUGHS
Counsel for Plaintiffs

cc: All Counsel of Record (via ECF)