USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

GREAT BOWERY, INC. et al.,

Plaintiffs,

-against-

FANDOM WIRE, LLC, et al.,

Defendants.

---------------------------------------------------------------X

**26-CV-4928 (DEH) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on September 16, 2026 (doc. no 14) the Initial Case Management Conference currently scheduled for **September 30, 2026**, is hereby adjourned *sine die*.

**SO ORDERED.**

DATED: New York, New York
September 17, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge